No. 12–610.  BALLARD *v.* LEVENS ET UX.  Sup. Ct. Mont. Certiorari denied.

No. 12–624.  ASKEW *v.* TRUSTEES OF THE GENERAL ASSEMBLY OF THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTOLIC FAITH INC. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–626.  PRINCE *v.* SOLIS, SECRETARY OF LABOR, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 12–645.  JONES *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY.  C. A. 5th Cir.  Certiorari denied.

No. 12–647.  CASTILLO *v.* TEXAS.  Ct. App. Tex., 4th Dist. Certiorari denied.

No. 12–655.  SMITH *v.* NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 12–674.  TRANSACTION HOLDINGS, LTD., ET AL. *v.* KAPPOS, DIRECTOR, PATENT AND TRADEMARK OFFICE, ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 12–675.  CARPENTER *v.* GAGE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 12–687.  WORTHINGTON CYLINDER CORP. *v.* ROMIG.  Ct. App. Ohio, Tuscarawas County.  Certiorari denied.

No. 12–693.  MORRISON *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 12–702.  HEAP *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–703.  ANDERSON *v.* ASTRAZENECA, L. P.  C. A. 8th Cir. Certiorari denied.

No. 12–709.  FERGUSON *v.* REPUBLIC OF TRINIDAD AND TOBAGO ET AL.  Cir. Ct. Miami-Dade County, Fla.  Certiorari denied.

No. 12–733.  McTIERNAN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.